CROSS *v.* BURNS.

Nov. Term,
1861.

MILLER
v,
HIBBEN.

Thursday,
December 12.

APPEAL from the *Wabash* Common Pleas.

HANNA, J.—This was a suit on notes signed by *Meyer, Chapler* and *Cross;* and to foreclose a mortgage executed by *Meyer, Chapler* and their wives, to secure the payment of said notes.

*Cross* demurred to the complaint, but the demurrer was overruled. This ruling presents the only question for our consideration.

It is insisted that § 636, 2 R. S., p. 176, expressly forbids the prosecution of a proceeding to foreclose, and any other action for the collection of the debt at the same time. That this is a proceeding, at the same time, on the note executed by certain parties, and a mortgage executed by certain other parties; that either the proceedings on the note, or those on the mortgage, must cease; that to attempt to proceed on both is error.

We do not think this statute was intended to meet such a case as this, but to prevent suits in the nature of actions at law, and in chancery, from being prosecuted at the same time, and as distinct proceedings.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*Orris Blake, L. H. Goodwin* and *T. C. Whiteside,* for the appellant.